UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OLA MAE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:05CV923 RWS |
| | ) |
| SHEILA S. COX, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF REMAND

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this case is **REMANDED** under 28 U.S.C. § 1447(c) to the Circuit Court for the City of St. Louis, State of Missouri.

Dated this   22   Day of June, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE